

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-14-00267-CV

D.A. WALKER                                                                          APPELLANT

V.

JEAN MARIE BAER AND PERDUE                                               APPELLEES
BRANDON FIELDER COLLINS &
MOTT, LLP

------------

FROM THE 78TH DISTRICT COURT OF WICHITA COUNTY
TRIAL COURT NO. 180,671-B

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On November 12, 2014, we denied appellant's "Motion for Rehearing Rehearing En Banc on the Appellant's Indigency" and "Appellants Supplemental Motion for Rehearing Rehearing En Banc" and notified him in accordance with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless the

---

[1]*See* Tex. R. App. P. 47.4.

$195 filing fee was paid on or before November 24, 2014. *See* Tex. R. App. P. 42.3(c). Appellant has not paid the filing fee. *See* Tex. R. App. P. 5, 12.1(b). Instead, on November 21, 2014, appellant filed a "Motion To Stay Proceedings Pending Petition For Review," in which he "asks that this case be held in abeyance pending his Petition for Review to the Texas Supreme Court." We deny appellant's motion. *See* Tex. R. App. P. 53.1 (permitting supreme court to review a court of appeals' final judgment on a petition for review).

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: December 4, 2014

---

[2] *See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).

2